**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Phillip Lenard NEAL, Defendant–Appellant.**

**No. 13–13205
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 14, 2014.

Patricia D. Barksdale, Bonnie Ames Glober, Diidri Robinson, U.S. Attorney's Office, Jacksonville, FL, Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Ronald W. Maxwell, Ronald W. Maxwell, PA, Jacksonville, FL, Phillip Lenard Neal, USP Coleman I, Coleman, FL, for Defendant–Appellant.

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Ronald W. Maxwell, appointed counsel for Phillip Lenard Neal in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Neal's conviction and sentence are **AFFIRMED.**